616 A.2d 1375

Robert R. EDMOND, an individual (appellant at No. 65); Lloyd E. Kelly and Judith L. Kelly, his wife (appellants at No. 66); Joseph A. Bushless and Ruth Anne Bushless, his wife (appellants at No. 67); and Ralph Barber, an individual (appellant at No. 68)

v.

GAF CORPORATION; Raymark Industries, Inc.; the Celotex Corporation; Keene Corporation; Eagle–Picher Industries, Inc.; Owens–Corning Fiberglas Corporation; Owens–Illinois, Inc.; Garlock, Inc.; Pittsburgh Corning Corporation; Armstrong World Industries, Inc.; H.K. Porter Company, Inc.; Fibreboard Corporation; Anchor Packing Company; A.P. Green Refractories Company; Southern Textile Corporation; the Gage Company; Gateway Industrial Supply; A–Best Products Company; John Crane–Houdaille, Inc.; Insul Company, Inc.; Foster Wheeler Corporation; the Sager Corporation; Dresser Industries, Inc.; Kaiser Aluminum & Chemical Corporation; Foseco, Inc.; General Refractories Company; J.H. France Refractories Company; North American Refractories Company; Quigley Company, Inc.; Theim Corporation; TYK Refractories Company; and W.R. Grace Company, Hedman Mines, Limited and McClain Firebrick Company.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Dec. 4, 1992.

Joel Persky, Ann E.L. Shapiro, Henderson & Goldberg, P.C., Antonio D. Pyle, Pittsburgh, for appellants.

William R. Haushalter, Rosenberg, Kirshner, P.A., Pittsburgh, for Keene Corp. and Eagle Picher Industries, Inc.

Ollie Harton, Freeman & Hawkins, Anna Marie Silvaggio, Swensen & Perer, Atlanta, Ga., Dan McDyer, Anstandig, Levicoff & McDyer, Pittsburgh, for GAF Corp., Armstrong World Industries, A.P. Green Refractories Co., The Gage Co. & Quigley Co., Inc.

Patrick R. Riley, Frederick E. Orlansky, Patrick A. Hewitt, Riley & DeFalice, P.C., Pittsburgh, for Owens–Corning Fiberglas Corp.

John Bacharach, Bacharach & Klein, Pittsburgh, for Garlock, Inc.

James J. Lotz, Richard A. Curtis, White & Williams, Pittsburgh, for H.K. Porter Co., Inc.

John Repcheck, Sharlock, Repcheck & Mahler, Pittsburgh, for Anchor Packing Co.

Kathy Condo, John Vitsas, Reed, Smith, Shaw & McClay, Pittsburgh, for Owens–Illinois, Inc., Pittsburgh Corning Corp., Fibreboard Corp., and W.R. Grace Co.

James F. Israel, Israel & Wood, Pittsburgh, for General Refractories Co.

James Ehrman, Gretchen J. Fitzer, Tighe, Evan & Ehrman, Pittsburgh, for John Crane–Houdaille, Inc.

Robert Owsiany, Kirkpatrick & Lockhart, Pittsburgh, for Dresser Industries, Inc.

Michael Martin, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for Kaiser Aluminum Corp.

Dennis S.J. Mulvihill, Robb, Leonard & Mulvihill, Pittsburgh, for J.H. France Refractories Co.

Kenneth Robb, Doherty & Robb, Pittsburgh, for Hedman Mines Ltd.

Edward Olszewski, Richard C. Polley, Dickie, McCamey & Chilcote, P.C., Pittsburgh, for Foresco, Inc. & Sagar Corp.

Leo S. Daly, Grogan, Graffam McGinley & Lucchino, P.C., Pittsburgh, for TYK Refractories Co.

Before NIX, C.J., and LARSEN FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Motions to Quash granted.

ZAPPALA, J., files a concurring statement in which CAPPY, J., joins.

LARSEN, J., did not participate in the consideration or decision of this case.

ZAPPALA, Justice, concurring.

I join in the order granting the Motion to Quash. I write separately to emphasize that conduct of an inferior court that impedes or prejudices the administration of justice will not go unchecked. Article 5, § 10(a) of the Constitution of the Commonwealth of Pennsylvania vests the general supervisory and administrative authority over all of the courts in the Supreme Court. The Supreme Court has the power to remedy any acts of an inferior court that interfere with the proper disposition of the business of the courts, and will do so in the appropriate instance.

CAPPY, J., joins in this concurring statement.